# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form:* [http://www.ca9.uscourts.gov/forms/form06instructions.pdf](http://www.ca9.uscourts.gov/forms/form06instructions.pdf)

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

DEMARIO PRESTON, RICHIE EDQUID, KAYTLIN ROQUE, VETTE GRAY, ANDREA ROSE BAKER, AND ILIANA ZUNIGA, individually, and on behalf of all others similarly situated,

Name(s) of counsel (if any):

Taras Kick; Katherine Lehe (The Kick Law Firm, APC)

Address: 815 Moraga Drive, Los Angeles, CA 90049

Telephone number(s): (310) 395 2988

Email(s): Taras@kicklawfirm.com; Katherine@kicklawfirm.com

Is counsel registered for Electronic Filing in the 9th Circuit? ⦿ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

NAVY FEDERAL CREDIT UNION

Name(s) of counsel (if any):

James Sigel

Address:

Telephone number(s):

Email(s): jamessigel@dwt.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at* [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)

**Form 6**        *1*        *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellants

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

## Appellees

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

DOES, 1-100 inclusive

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*