No. 26-2887

# In the United States Court of Appeals for the Ninth Circuit

DEMARIO PRESTON, RICHIE EDQUID, KAYTLIN ROQUE, VETTE GRAY, ANDREA ROSE BAKER, AND ILIAN ZUNIGA,
individually, and on behalf of all others similarly situated,
*Plaintiffs-Appellants*

v.

NAVY FEDERAL CREDIT UNION,
*Defendant-Appellee,*

and

DOES, 1-100 INCLUSIVE,
*Defendants.*

On Appeal from the United States District Court
for the Central District of California
Case No. 2:24-cv-08372-JGB(DTBX) (The Hon. Jesus G. Bernal)

## STATUS REPORT

TARAS KICK
KATHERINE LEHE
THE KICK LAW FIRM, APC
815 Moraga Drive
Los Angeles, CA 90049
(310) 395-2988
*taras@kicklawfirm.com*

August 24, 2026 *Counsel for Plaintiffs-Appellants*

Appellants file this Status Report pursuant to this Court's June 4, 2026 order, which stayed appellate proceedings in this matter until issuance of the mandate in *Phlaum v. Navy Federal Credit Union*, No. 25-7070, or until further order of the court.

In *Phlaum v. Navy Federal Credit Union*, No. 25-7070, Appellants filed their Opening Brief and Excerpts of Record on March 3, 2026; Appellee filed their Answering Brief and Excerpts of Record on June 22, 2026; and Appellants filed their Reply Brief on August 10, 2026. Oral argument has not yet been calendared. The *Phlaum* appeal remains pending before this Court.

Respectfully submitted,

*/s/ Taras Kick*

TARAS P. KICK
KATHERINE LEHE
THE KICK LAW FIRM, APC
815 Moraga Drive
Los Angeles, CA 90049
(310) 395-2988
*taras@kicklawfirm.com*

August 24, 2026

*Counsel for Plaintiffs-Appellants*

# CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2026, I electronically filed the foregoing brief with the Clerk of the Court for the U.S. Court of Appeals for the Ninth Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system, per the Federal Rules of Appellate Procedure 25(a)(2)(B) and 25(b)–(c)(2).

August 24, 2026

*/s/ Taras Kick*
TARAS KICK

*Counsel for Plaintiffs-Appellants*